**Fill in this information to identify the case:**

Debtor 1  Kenneth Todd Johnson

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Louisiana

Case number  14-30260

---

Official Form 410S1

# Notice of Mortgage Payment Change                                12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** US Bank Trust National Association, et al        **Court claim no.** (if known): 6-1

**Last 4 digits** of any number you use to identify the debtor's account:  1 2 3 6

**Date of payment change:**
Must be at least 21 days after date of this notice     06/01/2018

**New total payment:**
Principal, interest, and escrow, if any     $ 834.40

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   **Current escrow payment:** $ 154.15     **New escrow payment:** $ 109.65

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   **Current interest rate:** _____%      **New interest rate:** _____%

   **Current principal and interest payment:** $ _____     **New principal and interest payment:** $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $ _____     **New mortgage payment:** $ _____

Official Form 410S1                    **Notice of Mortgage Payment Change**                    page 1

| Debtor 1 | Kenneth Todd Johnson | | Case number (*if known*) 14-30260 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ _____   Date 04/19/2018
  Signature

| Print: | Jessica L. Hunter | Title | Bankruptcy Asset Manager |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

Company: SN Servicing Corporation

Address: 323   5th Street
          Number   Street

Eureka   CA   95501
City     State  ZIP Code

Contact phone (800) 603 0836   Email bknotices@snsc.com

---

Official Form 410S1   **Notice of Mortgage Payment Change**   page **2**

Analysis Date: March 27, 2018

KENNETH T JOHNSON  
425 S IRONWOOD DR  
WEST MONROE LA 71291

Loan:

Property Address:  
425S IRONWOOD DRIVE  
WEST MONROE, LA 71291

## Annual Escrow Account Disclosure Statement
## Account History

This is a statement of actual activity in your escrow account from June 2017 to May 2018. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Jun 01, 2018: |
|---|---|---|
| Principal & Interest Pmt: | 724.75 | 724.75 |
| Escrow Payment: | 154.15 | 109.65 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $878.90 | $834.40 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Apr 01, 2018 |
| Escrow Balance: | 731.68 |
| Anticipated Pmts to Escrow: | 308.30 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | $1,039.98 |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
| | | | | | Starting Balance | 534.79 | 748.69 |
| Jun 2017 | 106.95 | 106.95 | | | | 641.74 | 855.64 |
| Jul 2017 | 106.95 | 177.74 | | | * | 748.69 | 1,033.38 |
| Aug 2017 | 106.95 | 106.95 | | | | 855.64 | 1,140.33 |
| Sep 2017 | 106.95 | 106.95 | | | | 962.59 | 1,247.28 |
| Oct 2017 | 106.95 | 106.95 | | | | 1,069.54 | 1,354.23 |
| Nov 2017 | 106.95 | 106.95 | | | | 1,176.49 | 1,461.18 |
| Dec 2017 | 106.95 | 106.95 | 238.75 | 238.86 | * County Tax | 1,044.69 | 1,329.27 |
| Jan 2018 | 106.95 | (166.70) | | | * | 1,151.64 | 1,162.57 |
| Jan 2018 | | 37.69 | | | * Escrow Only Payment | 1,151.64 | 1,200.26 |
| Jan 2018 | | | | 1,076.99 | * Homeowners Policy | 1,151.64 | 123.27 |
| Feb 2018 | 106.95 | 154.15 | 1,044.68 | | * Homeowners Policy | 213.91 | 277.42 |
| Feb 2018 | | 300.11 | | | * Escrow Only Payment | 213.91 | 577.53 |
| Mar 2018 | 106.95 | 154.15 | | | * | 320.86 | 731.68 |
| Apr 2018 | 106.95 | | | | * | 427.81 | 731.68 |
| May 2018 | 106.95 | | | | * | 534.76 | 731.68 |
| | | | | | Anticipated Transactions | 534.76 | 731.68 |
| Apr 2018 | | 154.15 | | | | | 885.83 |
| May 2018 | | 154.15 | | | | | 1,039.98 |
| | $1,283.40 | $1,607.14 | $1,283.43 | $1,315.85 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling $1,283.43. Under Federal law, your lowest monthly balance should not have exceeded $213.91 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are

silent on this issue. Your actual lowest monthly balance was greater than $213.91. The items with an asterisk on your Account History may explain this. If you want a further explanation, please call our toll-free number.
This surplus must be returned to you unless it is less than $50.00, in which case we have the additional option of keeping it and lowering your monthly payments accordingly. We are sending you a check for the surplus.

SN Servicing Corporation  Final
For Inquiries: (800) 603-0836

Analysis Date: March 27, 2018

KENNETH T JOHNSON  Loan:

## Annual Escrow Account Disclosure Statement
### Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
| | | | Starting Balance | 1,039.98 | 548.31 |
| Jun 2018 | 109.65 | | | 1,149.63 | 657.96 |
| Jul 2018 | 109.65 | | | 1,259.28 | 767.61 |
| Aug 2018 | 109.65 | | | 1,368.93 | 877.26 |
| Sep 2018 | 109.65 | | | 1,478.58 | 986.91 |
| Oct 2018 | 109.65 | | | 1,588.23 | 1,096.56 |
| Nov 2018 | 109.65 | | | 1,697.88 | 1,206.21 |
| Dec 2018 | 109.65 | 238.86 | County Tax | 1,568.67 | 1,077.00 |
| Jan 2019 | 109.65 | | | 1,678.32 | 1,186.65 |
| Feb 2019 | 109.65 | 1,076.99 | Homeowners Policy | 710.98 | 219.31 |
| Mar 2019 | 109.65 | | | 820.63 | 328.96 |
| Apr 2019 | 109.65 | | | 930.28 | 438.61 |
| May 2019 | 109.65 | | | 1,039.93 | 548.26 |
| | $1,315.80 | $1,315.85 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of $219.31. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed $219.31 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is $1,039.98. Your starting balance (escrow balance required) according to this analysis should be $548.31. This means you have a surplus of $491.67. This surplus must be returned to you unless it is less than $50.00, in which case we have the additional option of keeping it and lowering your monthly payments accordingly. We are sending you a check for the surplus.

We anticipate the total of your coming year bills to be $1,315.85. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | 109.65 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $109.65 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

IN RE:  KENNETH TODD JOHNSON            CASE NO. 14-30260

DEBTOR                                   CHAPTER 13

---

**CERTIFICATE OF SERVICE**

I certify that a copy of the Notice of Mortgage Payment Change of SN Servicing Corporation, as servicer for US Bank Trust National Association, et al has been served on the Debtor at the address listed below by United States Mail, postage prepaid, and to Debtor's counsel and the Chapter 13 Trustee electronically, through CM/ECF on April 20, 2018.

Kenneth Todd Johnson
425 South Ironwood
West Monroe, LA 7129

James W. Spivey, II, Counsel for Debtor
office@jspiveylaw.com

E. Eugene Hastings, Chapter 13 Trustee
ecftr@ch13monroe.com

/s/ Tabitha Mangano
Tabitha Mangano (No. 32569)