UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

IN RE: KENNETH TODD JOHNSON            CASE NO. 14-30260
       DEBTOR

NOTICE OF FINAL CURE PAYMENT &
MOTION TO DECLARE HOME MORTGAGE CURRENT
AND/OR TO RELIEVE TRUSTEE FROM DISBURSING
HOME MORTGAGE PAYMENTS
PURSUANT TO F.R.B.P. 3002.1(f) AND (h)
AND NOTICE OF HEARING

NOW INTO COURT comes E. Eugene Hastings, the Standing Chapter 13 Trustee, and respectfully represents:

1.

The debtor in the above-captioned Chapter 13 bankruptcy case has paid sufficient plan payments to pay all timely filed creditors in accordance with his confirmed plan, with exception of his home mortgage, which survives the plan pursuant to 11 U.S.C. §1322(b)(5).

2.

The debtor's Chapter 13 Plan confirmed in these proceedings on July 21, 2014 required the debtor's regular monthly home mortgage payment to SN Servicing Corporation, hereinafter referred to as "Secured Creditor", be paid by the trustee. Secured Creditor was to be paid in the amount of $878.90 by the Trustee for a period of 57 months beginning June, 2014. The Trustee received notices from Secured Creditor of changes in the monthly payment amount to $834.40 effective June 1, 2018. As noted above, the debtor has completed his obligation to make payments under the plan, including, if applicable, the obligation to make payments of pre and post petition arrearages. Accordingly, there is no further need for administration in this case.

3.

A.    Home Mortgage Payments
- ■   Movant submits all required home mortgage payments have been made by the Trustee to SN Servicing Corporation in accordance with debtor's plan, as shown by the Trustee's payment history reflecting all mortgage payments made to Secured Creditor and attached hereto as Exhibit A.
  - ■   a.    Debtor's mortgage payments to Secured Creditor are current through February, 2019 and trustee should be relieved of the obligation to make any further disbursement under the plan after February 1, 2019.
  - ☐   b.    Debtor's mortgage payments have been made pursuant to the confirmed plan and trustee should be relieved of the obligation to make any further disbursement under the plan after xxxxxx.
- ☐   Not Applicable

B.  Final Cure Amount (Arrearages)

- | Claim # | Account# | Claim Asserted | Claim Allowed | Amount Paid |
  |---------|----------|----------------|---------------|-------------|
  | 3       | 1236     | $9,971.78      | $7,335.08     | $7,335.08   |

  Description: Pre-Petition Arrears

  | Claim # | Account# | Claim Asserted | Claim Allowed | Amount Paid |
  |---------|----------|----------------|---------------|-------------|
  | 4       | 1236     | $0.00          | $2,745.00     | $2,745.00   |

  Description: Delay Modification

  Total Amount Paid by Trustee      $10,080.00

  ☐ Not Applicable

C.  Monthly Ongoing Mortgage Payment ■ Through Trustee ☐ Direct by Debtor

4.

- Pursuant to 12 U.S.C. §2605(e) as enacted by the Real Estate Settlement Procedures Act ("RESPA") the Trustee forwarded to the Secured Creditor a copy of this Motion and Notice and a qualified written request for information verifying the status of this mortgage loan. A copy of this qualified written request is attached hereto and made a part hereof as Exhibit "B".

☐ Not Applicable

5.

Within 21 days of the service of this Motion and Notice, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor, debtor's counsel and the Chapter 13 Trustee, pursuant to F.R.B.P. 3002.1(g), indicating 1) whether it agrees that the debtor has paid in full the amount required to cure the default on the claim and 2) whether the debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5). The Statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The Statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

6.

A hearing on this Motion and Notice will be held on the 2nd day of May, 2019, at 9:50 a.m. in the United States Bankruptcy Court, U. S. Courthouse, 201 Jackson Street, 3rd Floor, Room 310, Monroe, Louisiana, **"IF AND ONLY IF"** a timely objection is filed. Please take notice that any party having objection or opposition to the relief requested in the Motion and Notice must file the same with the Clerk, U. S. Bankruptcy Court, 300 Jackson Street, Suite 116, Alexandria, Louisiana, 71301, with a copy served on E. Eugene Hastings, Standing Chapter 13 Trustee, 403 Walnut Street, Monroe, Louisiana, 71201, on or before seven (7) days prior to the hearing date set forth above.

7.

At such hearing the Court may relieve the Trustee of the obligation to make any further disbursement under the plan, grant the Motion to Deem the Home Mortgage Current, considering any Motion/Response filed pursuant to F.R.B.P. 3002.1(g) and (h), if any, and/or whether to award relief pursuant to F.R.B.P. 3002.1(I) should the holder of the claim fail to provide any information required by F.R.B.P. 3002.1(b)( c) or (g), or such relief as the Court may deem appropriate.

WHEREFORE, the Standing Chapter 13 Trustee requests that
- this Notice of Final Cure Payment, if applicable, be deemed sufficient and the trustee be relieved of the obligation to make any further disbursement under the plan after August 1, 2018;
- Motion to Declare Home Mortgage Current be granted deeming;
    - Debtor's mortgage payments to Secured Creditor are current through February, 2019 and the trustee be relieved of the obligation to make any further disbursement under the plan after February 1, 2019.

    ☐ Debtor's mortgage payments have been made pursuant to the confirmed plan and the trustee be relieved of the obligation to make any further disbursement under the plan after xxxxxx.

and for all other such relief to which he is entitled.

Respectfully submitted,

**E. EUGENE HASTINGS**
**CHAPTER 13 TRUSTEE**
403 Walnut Street
Monroe, Louisiana 71201
Phone: (318) 651-7733
Fax: (318) 651-7742

_____
E. Eugene Hastings - La. Bar # 14,360

**Claim 2**  
**SN SERVICNG CORP**  
323 FIFTH ST  
EUREKA CA 95501-0000  
(000) 000-0000

## CLAIM DETAIL

| | |
|---|---|
| Case Number | 1430260 |
| Creditor | SN SERVICNG CORP |
| Trustee's Claim Number | 2 |
| Court's Claim Number | |
| Claim Type | M - MORTGAGE PAYMENTS (CURRENT) (S) |
| Claim Filed Date | Tuesday, March 11, 2014 |
| Due Date | |

## CLAIM AMOUNTS

| | |
|---|---|
| Claimed Amount | $0.00 |
| Scheduled Amount | $119,765.00 |
| Amount Paid Outside | $0.00 |
| Monthly Payment | $834.40 |
| Principal Owed | $0.00 |
| Principal Paid | $49,696.80 |
| Principal Due | $0.00 |
| Interest Rate | 0.00 |
| Interest Paid | $0.00 |
| Interest Due | $0.00 |
| Collateral Value | $50,097.30 |
| Collateral Description | |
| Limit | $50,097.30 |
| Plan Code | $0.00 |
| Percent Allowed | 100.00 |
| Months to Calculate | 6 |
| Reserve Amount | $0.00 |
| Earmark | False |

## CLAIM FLAGS (DESCRIBED BELOW)

| | |
|---|---|
| Payee Level | 22 |
| Comment | BGN 6/14 MOD7/21/14 |
| Account Number | 1236 |
| No Cost | |
| No Check | |
| Delete | |
| Reserve | |
| Stop Disbursement | |
| Continuing | Continuing Debt |
| Special | |

## CREDITOR INFORMATION

| | |
|---|---|
| Creditor Name | SN SERVICNG CORP |
| Address 1 | 323 FIFTH ST |
| Address 2 | |
| Address 3 | EUREKA CA |
| Zip Code | 95501-0000 |
| Contact Name | |
| Phone Number | (000) 000-0000 |
| Creditor Number ShortCut | 395085 |

| | Additional Names and Addresses | Date of Last Change | Added by Creditor Merge | Merged To |
|---|---|---|---|---|
| Payee: | BANK OF AMERICA • PO BOX 660933 • DALLAS • TX • 75266-0933 | 11/27/2014 | | |
| | BAYVIEW LOAN SERVICING LLC • 4425 PONCE DE LEON BLVD 5TH FL • CORAL GABLES • FL • 33146-0000 | 1/12/2015 | | |
| | SN SERVICNG CORP • 323 FIFTH ST • EUREKA CA • 95501-0000 | 8/24/2015 | | |
| Scheduled: | BANK OF AMERICA • PO BOX 660933 • DALLAS • TX • 75266-0933 | 11/27/2014 | | |
| Notice: | BANK OF AMERICA • PO BOX 660933 • DALLAS • TX • 75266-0933 | 11/27/2014 | | |
| Attorney for Creditor: | BANK OF AMERICA • PO BOX 660933 • DALLAS • TX • 75266-0933 | 11/27/2014 | | |

No Payee Step Payments

No Due Date Step Payments

No Monthly Tiers



**Next Disbursement Info**

| Principal to be Paid | $400.50 |
|---|---|
| Interest to be Paid | $0.00 |

Disbursements to this Claim

EXHIBIT A-1

### PAYMENT HISTORY FOR CLAIM 2 - SN SERVICNG CORP
(Latest Payments First)   Insurance   Prev. Cred-

| Disb Date | Check Number | Payee Name | Type | Amount |
|---|---|---|---|---|
| 2/1/2019 | 226337 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $834.40 |
| 1/2/2019 | 225092 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $834.40 |
| 12/3/2018 | 223909 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $834.40 |
| 11/1/2018 | 222710 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $834.40 |
| 10/1/2018 | 221282 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $834.40 |
| 9/4/2018 | 220067 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $834.40 |
| 8/1/2018 | 218830 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $834.40 |
| 7/2/2018 | 217609 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $834.40 |
| 6/1/2018 | 216410 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $834.40 |
| 5/1/2018 | 215199 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $878.90 |
| 4/2/2018 | 213976 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $878.90 |
| 3/1/2018 | 212757 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $878.90 |
| 2/1/2018 | 211605 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $878.90 |
| 1/2/2018 | 210410 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $878.90 |
| 12/1/2017 | 209225 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $878.90 |
| 11/1/2017 | 208062 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $878.90 |
| 10/2/2017 | 206869 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $878.90 |
| 9/1/2017 | 205690 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $878.90 |
| 8/1/2017 | 204470 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $878.90 |
| 7/3/2017 | 203271 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $878.90 |
| 6/1/2017 | 202023 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $878.90 |
| 5/1/2017 | 200773 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $878.90 |
| 4/3/2017 | 199503 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $878.90 |
| 3/1/2017 | 198243 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $878.90 |
| 2/1/2017 | 197022 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $878.90 |
| 1/3/2017 | 195736 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $1,266.53 |
| 12/1/2016 | 193880 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $878.90 |
| 11/1/2016 | 192596 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $878.90 |
| 10/3/2016 | 191267 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $878.90 |
| 9/1/2016 | 189873 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $878.90 |
| 8/1/2016 | 188471 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $878.90 |

## PAYEE NOTES

### CLAIM FLAG DESCRIPTIONS

**No Cost**    A "Y" in this field indicates the system will not calculate trustee fees on disbursements to this claim.

**No Check**    Code which indicates the claim should not be paid or will limit the amount the claim is paid. The valid options are as follows:

- O    Indicates claim is to be paid outside the plan.
- R    Indicates claim is to be paid at Real Estate Closing.
- S    Indicates collateral will be surrendered.
- X    Indicates claim has not been filed.
- Y    General no check
- 1-9    Limits the disbursement to this number times the regular monthly payment

**Delete**    A "Y" in this field indicates the claim has been deleted from the plan without actually removing the record. L in this field indicates the claim is to be paid per capita rather than pro rata. This field is normally used for adequate protection claims by indicating an "A" in this field. An "E" is used to flag this claim for "Hard" reserve if using this feature.

**Reserve**    Code indicating that disbursements are to be calculated for this claim but reserve the funds rather than paying them out. The valid options are:

- H    Calculated disbursements are reserved until they meet or exceed the regular payment amount for the claim.
- N    Calculated disbursements are reserved for one disbursement.
- Y    Calculated disbursements are reserved indefinitely.
- 1-9    Calculated disbursements are to be reserved for this number of disbursement cycles. This number will decrease by 1 each disbursement cycle.

**Stop Disbursement**    Code which prevents the system from disbursing. However, the system will disburse any arrearage accumulated on this claim. Normally a "Y" is used for a generic stop disbursement. The numbers 1-9 will cause the system to not disbursement on this claim for this number of disbursement cycles. The number will decrease each disbursement cycle.

**Continuing Flag**    A "Y" in this field indicates this claim is a continuing debt such as an ongoing mortgage payment.

| Date | Number | Payee | Description | Amount |
|---|---|---|---|---|
| 7/1/2016 | 187056 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $878.90 |
| 6/1/2016 | 185610 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $878.90 |
| 5/2/2016 | 184123 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $878.90 |
| 4/1/2016 | 182680 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $878.90 |
| 3/1/2016 | 181213 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $878.90 |
| 2/1/2016 | 179772 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $878.90 |
| 1/4/2016 | 178367 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $878.90 |
| 12/1/2015 | 176851 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $878.90 |
| 11/2/2015 | 175394 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $878.90 |
| 10/1/2015 | 173842 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $878.90 |
| 9/1/2015 | 172288 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $878.90 |
| 8/25/2015 | 0 | SN SERVICNG CORP | REFUND FROM CREDITOR CONT DEBT | ($1,094.72) |
| 8/3/2015 | 169335 | BAYVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | $1,094.72 |
| 7/1/2015 | 167286 | BAYVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | $1,541.98 |
| 5/1/2015 | 164404 | BAYVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | $878.90 |
| 4/1/2015 | 162859 | BAYVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | $878.90 |
| 3/2/2015 | 161406 | BAYVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | $878.90 |
| 2/2/2015 | 159967 | BAYVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | $878.90 |
| 1/2/2015 | 158291 | BANK OF AMERICA | AMOUNTS DISBURSED TO CREDITOR | $878.90 |
| 12/1/2014 | 156524 | BANK OF AMERICA | AMOUNTS DISBURSED TO CREDITOR | $878.90 |
| 11/3/2014 | 155267 | BANK OF AMERICA | AMOUNTS DISBURSED TO CREDITOR | $878.90 |
| 10/1/2014 | 153988 | BANK OF AMERICA | AMOUNTS DISBURSED TO CREDITOR | $5,101.59 |



# Claim 3

**SN SERVICNG CORP**
323 FIFTH ST
EUREKA CA 95501-0000
(000) 000-0000

## CLAIM DETAIL

| | |
|---|---|
| Case Number | 1430260 |
| Creditor | SN SERVICNG CORP |
| Trustee's Claim Number | 3 |
| Court's Claim Number | |
| Claim Type | P - MORTGAGE PAYMENTS (ARREARS) (S) |
| Claim Filed Date | Tuesday, March 11, 2014 |
| Due Date | |

## CLAIM AMOUNTS

| | |
|---|---|
| Claimed Amount | $7,335.08 |
| Scheduled Amount | $9,971.78 |
| Amount Paid Outside | $0.00 |
| Monthly Payment | $0.00 |
| Principal Owed | $0.00 |
| Principal Paid | $7,335.08 |
| Principal Due | $0.00 |
| Interest Rate | 0.00 |
| Interest Paid | $0.00 |
| Interest Due | $0.00 |
| Collateral Value | $9,971.78 |
| Collateral Description | |
| Limit | $0.00 |
| Plan Code | $0.00 |
| Percent Allowed | 100.00 |
| Months to Calculate | 6 |
| Reserve Amount | $0.00 |
| Earmark | False |

## CLAIM FLAGS (DESCRIBED BELOW)

| | |
|---|---|
| Payee Level | 23 |
| Comment | ARREARS/MOD 7/21/14 |
| Account Number | 1236 |
| No Cost | |
| No Check | |
| Delete | |
| Reserve | |
| Stop Disbursement | |
| Continuing | |
| Special | |

## CREDITOR INFORMATION

| | |
|---|---|
| Creditor Name | SN SERVICNG CORP |
| Address 1 | 323 FIFTH ST |
| Address 2 | |
| Address 3 | EUREKA CA |
| Zip Code | 95501-0000 |
| Contact Name | |
| Phone Number | (000) 000-0000 |
| Creditor Number ShortCut | 395085 |

| | Additional Names and Addresses | Date of Last Change | Added by Creditor Merge | Merged To |
|---|---|---|---|---|
| Payee: | BANK OF AMERICA • PO BOX 660933 • DALLAS • TX • 75266-0933 | 11/27/2014 | | |
| | BAYVIEW LOAN SERVICING LLC • 4425 PONCE DE LEON BLVD 5TH FL • CORAL GABLES • FL • 33146-0000 | 1/12/2015 | | |
| | SN SERVICNG CORP • 323 FIFTH ST • EUREKA • CA • 95501-0000 | 8/24/2015 | | |
| Scheduled: | BANK OF AMERICA • PO BOX 660933 • DALLAS • TX • 75266-0933 | 11/27/2014 | | |
| Notice: | BANK OF AMERICA • PO BOX 660933 • DALLAS • TX • 75266-0933 | 11/27/2014 | | |
| Attorney for Creditor: | BANK OF AMERICA • PO BOX 660933 • DALLAS • TX • 75266-0933 | 11/27/2014 | | |

No Payee Step Payments

No Due Date Step Payments

No Monthly Tiers

## Next Disbursement Info

| | |
|---|---|
| Principal to be Paid | $0.00 |
| Interest to be Paid | $0.00 |



Disbursements to this Claim

EXHIBIT A-2

## PAYMENT HISTORY FOR CLAIM 3 - SN SERVICNG CORP

(Latest Payments First)    Insurance-    Prev. Cred-

| Disb Date | Check Number | Payee Name | Type | Amount |
|---|---|---|---|---|
| 8/1/2018 | 218830 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $2.66 |
| 7/2/2018 | 217609 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $96.16 |
| 6/1/2018 | 216410 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $96.65 |
| 5/1/2018 | 215199 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $86.31 |
| 4/2/2018 | 213976 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $86.75 |
| 3/1/2018 | 212757 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $87.18 |
| 2/1/2018 | 211605 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $87.62 |
| 1/2/2018 | 210410 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $88.06 |
| 12/1/2017 | 209225 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $88.51 |
| 11/1/2017 | 208062 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $88.95 |
| 10/2/2017 | 206869 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $90.58 |
| 9/1/2017 | 205690 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $91.03 |
| 8/1/2017 | 204470 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $91.49 |
| 7/3/2017 | 203271 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $91.94 |
| 6/1/2017 | 202023 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $92.40 |
| 5/1/2017 | 200773 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $92.86 |
| 4/3/2017 | 199503 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $93.32 |
| 3/1/2017 | 198243 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $93.78 |
| 2/1/2017 | 197022 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $94.25 |
| 1/3/2017 | 195736 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $35.72 |
| 12/1/2016 | 193880 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $197.40 |
| 11/1/2016 | 192596 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $198.19 |
| 10/3/2016 | 191267 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $200.01 |
| 9/1/2016 | 189873 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $200.80 |
| 8/1/2016 | 188471 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $201.58 |
| 7/1/2016 | 187056 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $202.38 |
| 6/1/2016 | 185610 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $206.87 |
| 5/2/2016 | 184123 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $207.68 |
| 4/1/2016 | 182680 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $208.48 |
| 3/1/2016 | 181213 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $209.29 |
| 2/1/2016 | 179772 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $210.10 |

**PAYEE NOTES**

**CLAIM FLAG DESCRIPTIONS**

**No Cost**  A "Y" in this field indicates the system will not calculate trustee fees on disbursements to this claim.

**No Check**  Code which indicates the claim should not be paid or will limit the amount the claim is paid. The valid options are as follows:

- **O**  Indicates claim is to be paid outside the plan.
- **R**  Indicates claim is to be paid at Real Estate Closing.
- **S**  Indicates collateral will be surrendered.
- **X**  Indicates claim has not been filed.
- **Y**  General no check
- **1-9**  Limits the disbursement to this number times the regular monthly payment

**Delete**  A "Y" in this field indicates the claim has been deleted from the plan without actually removing the record. L in this field indicates the claim is to be paid per capita rather than pro rata. This field is normally used for adequate protection claims by indicating an "A" in this field. An "E" is used to flag this claim for "Hard" reserve if using this feature.

**Reserve**  Code indicating that disbursements are to be calculated for this claim but reserve the funds rather than paying them out. The valid options are:

- **H**  Calculated disbursements are reserved until they meet or exceed the regular payment amount for the claim.
- **M**  Calculated disbursements are reserved for one disbursement.
- **Y**  Calculated disbursements are reserved indefinitely.
- **1-9**  Calculated disbursements are to be reserved for this number of disbursement cycles. This number will decrease by 1 each disbursement cycle.

**Stop Disbursement**  Code which prevents the system from disbursing. However, the system will disburse any arrearage accumulated on this claim. Normally a "Y" is used for a generic stop disbursement. The numbers 1-9 will cause the system to not disbursement on this claim for this number of disbursement cycles. The number will decrease each disbursement cycle.

**Continuing Flag**  A "Y" in this field indicates this claim is a continuing debt such as an ongoing mortgage payment.



| Date | Number | Payee | Description | Amount |
|---|---|---|---|---|
| 1/4/2016 | 178367 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $210.91 |
| 12/1/2015 | 176851 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $211.72 |
| 11/2/2015 | 175394 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $212.53 |
| 10/1/2015 | 173842 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $721.04 |
| 9/1/2015 | 172288 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $615.12 |
| 8/25/2015 | 0 | SN SERVICNG CORP | REFUND FROM CREDITOR/PRINCIPLE | ($76.82) |
| 8/3/2015 | 169335 | BAYVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | $76.82 |
| 5/1/2015 | 164404 | BAYVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | $223.46 |
| 4/1/2015 | 162859 | BAYVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | $224.31 |
| 3/2/2015 | 161406 | BAYVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | $225.07 |
| 2/2/2015 | 159967 | BAYVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | $226.00 |
| 1/2/2015 | 158291 | BANK OF AMERICA | AMOUNTS DISBURSED TO CREDITOR | $226.86 |
| 12/1/2014 | 156524 | BANK OF AMERICA | AMOUNTS DISBURSED TO CREDITOR | $227.71 |
| 11/3/2014 | 155267 | BANK OF AMERICA | AMOUNTS DISBURSED TO CREDITOR | $91.35 |

| Claim 4 | **SN SERVICNG CORP**<br>323 FIFTH ST<br>EUREKA CA 95501-0000<br>(000) 000-0000 | |
|---|---|---|

**Next Disbursement Info**
Principal to be Paid $0.00
Interest to be Paid $0.00





Disbursements to this Claim

## CLAIM DETAIL
| | |
|---|---|
| Case Number | 1430260 |
| Creditor | SN SERVICNG CORP |
| Trustee's Claim Number | 4 |
| Court's Claim Number | |
| Claim Type | P - MORTGAGE PAYMENTS (ARREARS) (S) |
| Claim Filed Date | Tuesday, March 11, 2014 |
| Due Date | |

## CLAIM AMOUNTS
| | |
|---|---|
| Claimed Amount | $2,745.00 |
| Scheduled Amount | $2,745.00 |
| Amount Paid Outside | $0.00 |
| Monthly Payment | $0.00 |
| Principal Owed | $0.00 |
| Principal Paid | $2,745.00 |
| Principal Due | $0.00 |
| Interest Rate | 0.00 |
| Interest Paid | $0.00 |
| Interest Due | $0.00 |
| Collateral Value | $2,745.00 |
| Collateral Description | |
| Limit | $0.00 |
| Plan Code | $0.00 |
| Percent Allowed | 100.00 |
| Months to Calculate | 6 |
| Reserve Amount | $0.00 |
| Earmark | False |

## CLAIM FLAGS (DESCRIBED BELOW)
| | |
|---|---|
| Payee Level | 23 |
| Comment | DELAY 915 X 3 |
| Account Number | 1236 |
| No Cost | |
| No Check | |
| Delete | |
| Reserve | |
| Stop Disbursement | |
| Continuing | |
| Special | |

## CREDITOR INFORMATION
| | |
|---|---|
| Creditor Name | SN SERVICNG CORP |
| Address 1 | 323 FIFTH ST |
| Address 2 | |
| Address 3 | EUREKA CA |
| Zip Code | 95501-0000 |
| Contact Name | |
| Phone Number | (000) 000-0000 |
| Creditor Number ShortCut | 395085 |

| | Additional Names and Addresses | Date of Last Change | Added by Creditor Merge | Merged To |
|---|---|---|---|---|
| Payee: | BANK OF AMERICA • PO BOX 660933 • DALLAS • TX • 75266-0933 | 11/27/2014 | | |
| | BAYVIEW LOAN SERVICING LLC • 4425 PONCE DE LEON BLVD 5TH FL • CORAL GABLES • FL • 33146-0000 | 1/12/2015 | | |
| | SN SERVICNG CORP • 323 FIFTH ST • EUREKA • CA • 95501-0000 | 8/24/2015 | | |
| Scheduled: | BANK OF AMERICA • PO BOX 660933 • DALLAS • TX • 75266-0933 | 11/27/2014 | | |
| Notice: | BANK OF AMERICA • PO BOX 660933 • DALLAS • TX • 75266-0933 | 11/27/2014 | | |
| Attorney for Creditor: | BANK OF AMERICA • PO BOX 660933 • DALLAS • TX • 75266-0933 | 11/27/2014 | | |

No Payee Step Payments

No Due Date Step Payments

No Monthly Tiers

### PAYMENT HISTORY FOR CLAIM 4 - SN SERVICNG CORP
(Latest Payments First)  Insurance-  Prev. Cred-

| Disb Date | Check Number | Payee Name | Type | Amount |
|---|---|---|---|---|
| 8/1/2018 | 218830 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $1.88 |
| 7/2/2018 | 217609 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $68.11 |
| 6/1/2018 | 216410 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $68.45 |
| 5/1/2018 | 215199 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $61.13 |
| 4/2/2018 | 213976 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $61.44 |
| 3/1/2018 | 212757 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $61.75 |
| 2/1/2018 | 211605 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $62.06 |
| 1/2/2018 | 210410 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $62.37 |
| 12/1/2017 | 209225 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $62.69 |
| 11/1/2017 | 208062 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $63.00 |
| 10/2/2017 | 206869 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $64.16 |
| 9/1/2017 | 205690 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $64.48 |
| 8/1/2017 | 204470 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $64.80 |
| 7/3/2017 | 203271 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $65.12 |
| 6/1/2017 | 202023 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $65.45 |
| 5/1/2017 | 200773 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $65.77 |
| 4/3/2017 | 199503 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $66.10 |
| 3/1/2017 | 198243 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $66.43 |
| 2/1/2017 | 197022 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $66.75 |
| 1/3/2017 | 195736 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $25.30 |
| 12/1/2016 | 193880 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $54.34 |
| 11/1/2016 | 192596 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $54.56 |
| 10/3/2016 | 191267 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $55.06 |
| 9/1/2016 | 189873 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $55.27 |
| 8/1/2016 | 188471 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $55.49 |
| 7/1/2016 | 187056 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $55.71 |
| 6/1/2016 | 185610 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $56.95 |
| 5/2/2016 | 184123 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $57.17 |
| 4/1/2016 | 182680 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $57.39 |
| 3/1/2016 | 181213 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $57.61 |
| 2/1/2016 | 179772 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $57.84 |

**PAYEE NOTES**

**CLAIM FLAG DESCRIPTIONS**

| | |
|---|---|
| No Cost | A "Y" in this field indicates the system will not calculate trustee fees on disbursements to this claim. |
| No Check | Code which indicates the claim should not be paid or will limit the amount the claim is paid. The valid options are as follows:<br>• **O** Indicates claim is to be paid outside the plan.<br>• **R** Indicates claim is to be paid at Real Estate Closing.<br>• **S** Indicates collateral will be surrendered.<br>• **X** Indicates claim has not been filed.<br>• **Y** General no check<br>• **1-9** Limits the disbursement to this number times the regular monthly payment |
| Delete | A "Y" in this field indicates the claim has been deleted from the plan without actually removing the record. L in this field indicates the claim is to be paid per capita rather than pro rata. This field is normally used for adequate protection claims by indicating an "A" in this field. An "E" is used to flag this claim for "Hard" reserve if using this feature. |
| Reserve | Code indicating that disbursements are to be calculated for this claim but reserve the funds rather than paying them out. The valid options are:<br>• **H** Calculated disbursements are reserved until they meet or exceed the regular payment amount for the claim.<br>• **M** Calculated disbursements are reserved for one disbursement.<br>• **Y** Calculated disbursements are reserved indefinitely.<br>• **1-9** Calculated disbursements are to be reserved for this number of disbursement cycles. This number will decrease by 1 each disbursement cycle. |
| Stop Disbursement | Code which prevents the system from disbursing. However, the system will disburse any arrearage accumulated on this claim. Normally a "Y" is used for a generic stop disbursement. The numbers 1-9 will cause the system to not disbursement on this claim for this number of disbursement cycles. The number will decrease each disbursement cycle. |
| Continuing Flag | A "Y" in this field indicates this claim is a continuing debt such as an ongoing mortgage payment. |

| Date | Ref | Payee | Description | Amount |
|---|---|---|---|---|
| 1/4/2016 | 178367 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $58.06 |
| 12/1/2015 | 176851 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $58.28 |
| 11/2/2015 | 175394 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $58.50 |
| 10/1/2015 | 173842 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $198.49 |
| 9/1/2015 | 172288 | SN SERVICNG CORP | AMOUNTS DISBURSED TO CREDITOR | $169.33 |
| 8/25/2015 | 0 | SN SERVICNG CORP | REFUND FROM CREDITOR/PRINCIPLE | ($21.15) |
| 8/3/2015 | 169335 | BAYVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | $21.15 |
| 5/1/2015 | 164404 | BAYVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | $61.51 |
| 4/1/2015 | 162859 | BAYVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | $61.75 |
| 3/2/2015 | 161406 | BAYVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | $61.96 |
| 2/2/2015 | 159967 | BAYVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | $62.21 |
| 1/2/2015 | 158291 | BANK OF AMERICA | AMOUNTS DISBURSED TO CREDITOR | $62.45 |
| 12/1/2014 | 156524 | BANK OF AMERICA | AMOUNTS DISBURSED TO CREDITOR | $62.68 |
| 11/3/2014 | 155267 | BANK OF AMERICA | AMOUNTS DISBURSED TO CREDITOR | $25.15 |

# OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

E. EUGENE HASTINGS, TRUSTEE

STAFF ATTORNEYS
STACY L. GUICE
ASHLEY S. HERRING

February 19, 2019

To: Jackson & McPherson, L.L.C.
Attn: Tabitha Mangano
1010 Common Street, Suite 1800
New Orleans, Louisiana 70112

Re: Kenneth Todd Johnson
Bankruptcy Case No.: 14-30260
Account No.: 1236

Dear Ms. Mangano:

The debtor listed above has completed his obligations under his confirmed Chapter 13 Plan. Enclosed please find a Notice of Final Cure Payment and Motion to Declare Home Mortgage Current and/or To Relieve Trustee From Disbursing Home Mortgage Payments Pursuant to F.R.B.P. 3002.1(f) And (h) and Notice of Hearing (the "Notice/Motion"). My office will be filing the Notice/Motion with the Bankruptcy Court in the near future. The following actions are required:

1) Pursuant to 11 USC 2605(e)(1)(A) you must provide us with a written acknowledgment of your receipt of this correspondence within **twenty (20) days**.

2) If your records indicate that the debtor is not current then you should provide a written explanation of your position within **sixty (60) days** from the date of this letter.

3) Within **twenty-one (21) days** of the service of the Notice/Motion you must provide the response to the Notice required by Rule 3002.1 of the Federal Rules of Bankruptcy Procedure.

In connection with any response to items enclosed herein, please provide the name and direct telephone number of an individual with whom we may discuss this matter. Please also provide a list of receipts from this office as well as any other information which might allow us to reconcile any remaining issues. If your records reflect that this account is current through the date shown in the motion, then your acknowledgment of this accuracy would be appreciated.

The Notice is being served pursuant to FRBP Rule 3002.1 and this request is being made under 12 USC 2605 and your failure to properly respond to this inquiry may result in a violation of RESPA, the waiver of any additional amounts due and/or the assessment of damages, fines and

Page 2
February 19, 2019
Jackson & McPherson, L.L.C.

penalties. As our office is the disbursing agent for post petition mortgage payments and therefore has the duty to ensure accurate disbursements, we are an agent of the borrower with authority to submit this request.

Should you have any questions concerning this request please do not hesitate to contact Lynda Powell (ext 104), Melissa Steven (ext 105) or Jenni Ward (ext 123) of this office. Thank you for your cooperation in this matter.

Sincerely,

E. Eugene Hastings
Chapter 13 Trustee

cc    Kenneth Todd Johnson, 425 South Ironwood, West Monroe, LA 71291
James W. Spivey, II, James W. Spivey II, Attorney at Law, 1515 North 7th St., West Monroe, LA 71291
SN Servicing Corporation, 323 5th Street, Eureka CA 95501
Bank of America, NA, 400 National Way, Simi Valley, CA 93065
Bank of America, NA, PO Box 660933, Dallas, TX 75266-0933
Law Offices of Herschel C. Adcock, Jr., LLC, 13541 Tiger Bend Road, Baton Rouge, La 70817
Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Cables, FL 33146
SN Servicing Corporation, PO Box 660820, Dallas, TX 75266

# CERTIFICATE OF SERVICE

        I do hereby certify that a copy of the foregoing Notice of Final Cure Payment & Motion to Declare Home Mortgage Current and/or to Relieve Trustee from Disbursing Home Mortgage Payments and to Approve Notice of Final Cure Payment and Notice of Hearing has been served on the creditor and the creditor's attorney:

SN Servicing Corporation, 323 5th Street, Eureka CA 95501
Bank of America, NA, 400 National Way, Simi Valley, CA 93065
Bank of America, NA, PO Box 660933, Dallas, TX 75266-0933
Law Offices of Herschel C. Adcock, Jr., LLC, 13541 Tiger Bend Road, Baton Rouge, La 70817
Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Cables, FL 33146
SN Servicing Corporation, PO Box 660820, Dallas, TX 75266
Jackson & McPherson, L.L.C., Attn: Tabitha Mangano, 1010 Common Street, Suite 1800, New Orleans, Louisiana 70112

And Debtor and Debtor's Attorney:

Kenneth Todd Johnson, 425 South Ironwood, West Monroe, LA 71291
James W. Spivey, II, James W. Spivey II, Attorney at Law, 1515 North 7th St., West Monroe, LA 71291

by placing same in the United States Mail, postage prepaid, this 12th day of March, 2019.

                                                E. EUGENE HASTINGS